RECEIVED
10/15/2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**Act of State**



Bk 48159 PG 414, CFN#110253253

Admiralty Jurisdiction Communication | RE 152 134 875 US |
PMB# 98233-0231



# FEDERAL DISTRICT COURT
## for the
### WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Mr. Banks; Eddie-Alexander | Case No. 20-cv-1527-RSM (to be furnished by the Clerk's Office) |
| Plaintiff(s) | |
| -v- | Jury Trial: (check one)  ☐ Yes  ☒ No |
| Aaron Easterly, CEO Rover.com | |
| Defendant(s) | |

## AN ADMIRALTY MARITIME CLAIM UNDER RULE 9(h)
### Rule B. In Personam Action:

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mr. Banks; Eddie-Alexander |
| Street Address | PO Box 231 |
| City and County | Burlington, Skagit County |
| State and Zip Code | Washington 98233 |
| Telephone Number | (941)357-7802 |
| E-mail Address | cd.logistics49@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1          Aaron Easterly

| | |
|---|---|
| Job or Title *(if known)* | Chief Executive Officer |
| Street Address | 2104 4th Ave #400 |
| City and County | Seattle |
| State and Zip Code | Washington 98121 |
| Telephone Number | 1(888)453-7889 |
| E-mail Address *(if known)* | legal@rover.com |

| Defendant No. 2 | | Rover.com |
|---|---|---|
| | Job or Title *(if known)* | Pet Service Corporation |
| | Street Address | 720 Oliver Way |
| | City and County | Seattle |
| | State and Zip Code | Washington 98101 |
| | Telephone Number | 1(888)453-7889 |
| | E-mail Address *(if known)* | legal@rover.com |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1333, The district courts shall have original jurisdiction, exclusive of the courts of the States, of:

(1) Any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled.

(2) Any prize brought into the United States and all proceedings for the condemnation of property taken as prize.

A. The Plaintiff(s)
   1. If the plaintiff is an individual

   The plaintiff, Mr. Banks; Eddie-Alexander

   State of BANKS

   2. If the plaintiff is a corporation

   The plaintiff, EDDIE ALEXANDER BANKS E & T, LLC.

   under the laws of the State of Florida

   and has its principal place of business in the State of Florida

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

B. The Defendant(s)
   1. If the defendant is an individual

   The defendant, Aaron Easterly

   the State of Washington

   2. If the defendant is a corporation

   The defendant, Rover,com

   the laws of the State of Washington and Florida

   principal place of business in the State of WASHINGTON

   Or is incorporated under the laws of *(foreign nation)*

   and has its principal place of business in Seattle, Washington

## III. Statement of Claim

I.

That he is a bona fide creditor of the defendant, The Rover.com as follows:
   1. That on the 15th day of March 2019 he recovered a judgment in the sum of $269,932 plus fees and interest all of which is unpaid.

20-003RO635                              3 of 6

2. Commercial Registry FILED 2019 April 24, 11:18AM 201908437888

**II.**

That complainant has an account against said Company for breach of agreement with failure of refusal to respond to administrative process.

**III.**

That he has a judgment against said Company for TWO HUNDRED SIXTY-NINE THOUSAND NINE HUNDRED THIRTY-TWO dollars and cost of suit rendered by the against said company at its July term, 2020, and that said judgment remains unsatisfied.

I/We declare under penalty of perjury the forgoing is true correct and not misleading. By our hand on this 19th day of _August_ 2020.

_Banks; Eddie Alexander_
Master

Office of High Chancellor
By: _____ Date: 8-19-2020
Protonotary

| | |
|---|---|
| The defendant, Aaron Easterly, CEO Rover.com | |
| *Amount)* $269,932.00 | |
| A. On an Private Agreement Invoice and Bill | |
| By and through State of Florida UCC Commercial Registry No. 20190843788 | |
| (the amount of unpaid principal and interest) $269,932.00 | |
| Exhibit A (Attach the note or summarize what the document says.) | |

FROM:
Court of Equity 420TI 3340
c/o PO Box 231
Burlington Washington
98233

TO:
Clerk UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
700 Stewart Street Suit 2310
Seattle WA 98101

US POSTAGE PAID $11.85
Origin: 88203
10/07/20
5427740227-10
PRIORITY MAIL 1-DAY®
2 Lb 6.20 Oz
1005
EXPECTED DELIVERY DAY: 10/08/20
C028
SHIP TO:
700 STEWART ST
STE 2310
Seattle WA 98101-4442

USPS SIGNATURE® TRACKING #
9510 8162 0678 0281 5172 09