

**Act of State**

**SEAMAN'S CERTIFICATE**

00394

This verifies that Eddie-Alexander from the landed family estate :Banks is duly trained and qualifies by and through life's experiences, by the Doctrine of Discovery classification: *Rubus idaeus rosae modicum concubitus angel semen*, defined as Rubus red roses a sexual angel seed planted in human flesh. All labor shall be contributed to the accomplishment of the main objectives  in which the vessel is engaged.



**Description of Seaman:**

| | |
|---|---|
| Height: | 198lb. |
| Weight: | 6'-2" |
| Hair color: | Black |
| Eye color: | Brown |
| Sex: | Man |
| Name | |
| Last | :Banks |
| First | Eddie |
| Middle | Alexander |
| Position: | Captain / Admiral |
| | Vessel Mark: |

| | |
|---|---|
| Diplomatic Arrival | :1973-047-Wednesday-February at 4:03PM |
| Julian Calendar Date | :District of Columbia, Washington D.C. USA |
| Port of Entry | :Morris Catiz Memorial Hospital |
| Dock | :March 9, 1973 |
| Cargo Registered | :108-73 003266; 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/G76083692 |
| Certificate Acct Numbers | :CFN; 110557687, BK 48517, PG 1307 |
| Claim of Live Birth | www.broward.org/records |
| | BK 48159  PG 414 |
| Flag Registration | :20200630163, PG 33 |
| Death Certificate | www.skagitcounty.net |

**NAME OF VESSEL:**   EDDIE ALEXANDER BANKS®™©

This certificate verifies in truth and fact under penalty of perjury, that the Eddie-Alexander is permanently assigned to his earthen vessel (body) that moves in navigation or performance of his work.  He shall contribute to the function and operation of his vessel (ship) in commerce or to accomplish any mission in life he chooses. Further, this certificate entitles the seaman identified hereon to all rights, privileges, immunity, duties and responsibilities as a living soul. I deem him to be the master and exclusive officer of his vessel, that is attached to his private American Citizen-Ship as cited above. Further, as a matter of redress of grievances the seaman may institute and prosecute suits and appeals in his own name and for his own benefit for prize, wages or salvage or the enforcement of laws enacted for his health of safety without prepaying fees or cost or furnish security therefor.

Done and Entered in camera at Burlington, Washington on this   19   day of   August   2020.

Prothonotary

Eddie-Alexander : Banks

**Classification Officer**



**Prescribed Definitions**

na·vel /'nāvəl/ noun navel. A rounded knotty depression in the center of a person's belly caused by the detachment of the umbilical cord after birth; the umbilicus. Similar: belly button, tummy button or the central point of a place.

of·fi·cer /'ôfəsər, 'äfəsər/ noun captain. The person holding a position of command or authority in the armed services, in the merchant marine, or on a passenger

cap·tain /'kaptən/ noun captain. The person in command of a ship. 2. the leader of a team, especially in sports.

vessel /'vesəl/ noun vessel. A ship, bdg, sloop, or other craft used, or capable of being used, in navigation on water. In order to be a "vessel," for purposes of an action under Jones Act, the structure's purpose must to some reasonable degree be the transportation of passengers, cargo or equipment from place to place across navigable waters. Buna v. Pacific Far East Line, Inc., D.C. Cal., 441 F.Supp. 1360, 1364. Though, the term "vessel," in admiralty law, is not dredges, floating derricks and barges equipped for special purposes or operations are "vessels" within meaning of Jones Act, and persons regularly employed aboard such a vessel in aid of its purposes are "seamen." Hill v. Diamond, C.A. Va., 311 F.2d 789, 791, 792. On the other hand, however, everything that floats is not necessarily a "vessel," in purview of Jones Act. Bennett v. Perini Corp., C.A. Mass., 510 F.2d 114, 116. For example, a floating dry dock which was moored by chains and cables to shipyard dock at time of injury to shipyard employee and which was in use as a dry dock was not a "vessel" and therefore no warranty of seaworthiness arose. Keller v. Dravo Corp; C.A. La., 441 F.2d 1239, 1244. Foreign vessel. A vessel owned by residents in, or sailing under the flag of, a foreign nation. Public vessel. One owned and used by a nation or government for its navy, its revenue service, or otherwise, limited to ships or vessels engaged in commerce. St. Hilaire Moye v. Henderson, C.A. Ark., 496 F.2d 973, 979. Many special purpose craft, such as dredges, floating derricks and barges equipped for special purposes or operations are "vessels" within meaning of Jones Act, and persons regularly employed aboard such a vessel in aid of its purposes are "seamen." Hill v. Diamond, C.A. Va., 311 F.2d 789, 791, 792. On the other hand, however, everything that floats is not necessarily a "vessel," in purview of Jones Act. Bennett v. Perini Corp., C.A. Mass., 510 F.2d 114, 116. For example, a floating dry dock which was moored by chains and cables to shipyard dock at time of injury to shipyard employee and which was in use as a dry dock was not a "vessel" and therefore no warranty of seaworthiness arose. Keller v. Dravo   Corp., C.A. La., 441 F.2d 1239, 1244.

Foreign vessel. A vessel owned by residents in, or sailing under the flag of, a foreign nation.
Public vessel. One owned and used by a nation or government for its public service, whether in its navy, its revenue service, or otherwise.

Flag, law of. In maritime law, the law of that nation or country whose flag is flown by a particular vessel. A shipowner who sends his vessel into a foreign port gives notice by his flag to all who enter into contracts with the master that he intends the law of that flag to regulate such contracts, and that they must either submit to its operation or not contract with him.

Foreign service of process. Service of process for the acquisition of jurisdiction by a court in the United States upon a person in a foreign country is prescribed by Fed.R.Civil P. 4(f) and 28 U.S.C.A. § 1608. Service of process on foreign corporations is governed by Fed.R. Civil P. 4(d)(3). Foreign states. Nations which are outside the United States. Term may also refer to another state; i.e. a sister state. The term "foreign nations," as used in a statement of the rule that the laws of foreign nations should be proved in a certain manner, should be construed to mean all nations and states other than that in which the action is brought; and hence one state of the Union is foreign to another, in the sense of that rule.

A "foreign state" within statute providing for expatriation of American citizen who is naturalized under laws of foreign state is a country which is not the United States, or its possession or colony, an alien country, other than our own. Kletter v. Dulles, D.C. D.C., 111 F.Supp. 593, 598.

Act of state. An act done by the sovereign power of a country, or by its delegate, within the limits of the power vested in him. An act of state cannot be questioned or made the subject of legal proceedings in a court of law. See Act of state doctrine. Act of state doctrine. The judicially created act of state doctrine precludes the courts of this country from inquiring into the validity of governmental acts of a recognized foreign sovereign committed within its own territory. Banco Nacional de Cuba v. Sabbatino, 376 U.S. 398, 84 S.Ct. 923, 11 L.Ed.2d 804; Ricaud v. American Metal Co., 246 U.S. 304, 38 S.Ct. 312, 62 L.Ed. 733; Oetjen v Central Leather Co., 246 U.S. 297, 38 S.Ct. 309, 62 L.Ed. 726; F. Palicio y Companía, S. A. v. Brush, 256 F.Supp. 481 affd, 375 F.2d 1011 (2d Cir.), cert. denied, 389 U.S. 830, 88 S.Ct. 95, 19 L.Ed.2d 88.

Black's Law Dictionary 6th Ed.

**Act of State**

Private American International Equity Banc Court of Record
PMB# 98233-0231 Book #420T1 3340
Prepared By: Mr. Banks; Eddie Alexander, Admiralty Captain

Foreign Jurisdiction Communication | RE 152 134 875 US |
Office of High Chancellor
PO Box 231
Burlington, Washington [98233-0231]
Protonotary: Shandrane Pritchett

## CERTIFICATE OF MANIFEST

L. Land Mark     R. Land Mark

Volume Number 420T1 3340     EE# _____

Description of Holder Age 47 years, 198 weight 6 feet 2 inches
color of eyes Brown color of hair Black color of skin copper
visual distinct marks

city of Lehigh Acres state of Florida his natural alien **Nationality:** American Cherokee National
Appearing on and for the land record (leeclerk.org/records) Search: Treaty of Peace CFN # 10651873 CFN # 110253253,
OR BK 4859 Page 341 at 2:40 PM at Skagit county, Washington. Executive status at (skagitcounty.net/Search)
appeared at 4:21 PM Document number 2020063163. All fiduciaries acting as public employees have a duty not to trespass
on the living man described on this manifest has dominion over any factitious corporate construct.

**Take Notice:** Expatriation Act FORTIETH CONGRESS. Sess. IL CH. 249, 250. 1868.
    Be it enacted by the Senate and House of Representatives of the United
States of America in Congress assembled, That any declaration, instruction, opinion, order, or decision of any officers
of this government which denies, restricts, impairs, or questions the right of expatriation, is hereby declared
inconsistent with the fundamental principles of this government.
    SEC. 2. And be it further enacted, That all naturalized citizens of the United States while in foreign states, shall
be entitled to, and shall states, receive from this government, the same protection of persons and property that is
accorded to native-born citizens in like situations and circumstances.
    SEC. 3. And be it further enacted, That whenever it shall be made known to the President that any citizen of the
United States has been unjustly deprived of his liberty by or under the authority of any foreign government, it shall be
the duty of the President forthwith to demand of that government the reasons for such imprisonment, and if it appears
to be wrongful and in violation of the rights of American citizenship, the President shall forthwith demand the release
of such citizen, and if the release so demanded is unreasonably delayed or refused, it shall be the duty of the President
to use means, not amounting to acts of war, as he may think necessary and proper to obtain or effectuate such release,
and all Facts to be the facts and proceedings relative thereto shall as soon as practicable communicated by the
President to Congress to Congress. APPROVED, July 27, 1868
The entity appearing has expatriated and NOT a US CITIZEN and not subject to the jurisdiction thereof the United
States and its instrumentalities.
    In testimony thereof the seal of said court is herewith affixed on the 6th day of August in the year
of our Lord two-thousand and twenty and of our Independence on this 219 Day Julian
Calendar 2020.

*Banks, Eddie Alexander*
Executive Admiralty President

Protonotary

estate seal     court seal

20AL039-05

Act of S 



**EXECUTED OFFICE OCCUPANT**
Protector of Estate
Eddie-Alexander : Executor and Administrator
c/o 2518 68th Street West,
Lehigh Acres, Florida [33971-6840 US]
Tele: 954-826-4885
Email: cd.logistics49@gmail.com

The Clan of Banks: a Court of Record
Common law/Admiralty claimed

Doc# 17-02101122

**RECORD OF THE COURT**
**DEFAULT**

County of Lee )
)  ss: Res Jusdicata
Florida State )

On __January 30, 2019__ a duly commissioned, Notary Public upon request form Eddie-Alexander: to Presentment **PRIVATE INDEPENDENT ADMINISTRATIVE PROCESS - ARTICLE I REDRESS OF GRIEVANCE UNDER NINTH AMENDMENT RESERVATION OF RIGHTS FOR RESOLUTION AND EQUITABLE SETTLEMENT UNDER NECESSITY, IN THE NATURE OF REQUEST FOR PROOF OF CLAIM and Invoice** by US Certified Mail No. 9414 7102 0083 0163 7952 19, PS Form 3811 a private administrative contract was officially presented to Will and Holly Representatives for Rover.com, et al. did have a duty to answer but failed or refused to respond.

Based on the definiteness of the record and nothing more. This de jure common law Court of Record Adjudge and Adjudicate a default in the action. Notice of Fault Contract No.17-02101122 is hereby Lawfully Established the sum owed 185,210 and over due. Respondents are estoppel by Record.

This Court of Record is in care custody and control of the record. This Record provides an original, secure and complete chain of custody of the record and evidence (or lack thereof). This Court of Record reports that there have been no ex parte communications with the Respondent(s) and no other communication has been made or received outside of communicating with the Notary. I attest that I am of no relation to the notary that handled presentment and proceedings.

Done and entered in camera on County of Lee, I hereby verify that the foregoing is true and correct under the laws of the United States of America on this _6 th_ day of __March__ 2019.

By: Eddie-Alexander
Custodian of Record

**Acknowledgment**

On this _6_ day of __March__ 2019 before me appeared _Eddie A. Banks_ . I certify that at _12_ a.m./p.m. That the Custodian of Record personally appeared personally known to me took an oath for the purpose of giving testimony in the matter.

Notary Public _____

My Commission Expires: _August 7, 2022_
State of Florida
County of Lee.

**Yonabel Hernandez Santos**
COMMISSION # GG246373
EXPIRES: August 7, 2022
Bonded Thru Aaron Notary

State of Florida )
               )  ss:
County of Lee )

_____ THE ABOVE SPACE IS FOR RECORDING USE ONLY _____

## CERTIFICATE OF NON-RESPONSE / NON-PERFORMANCE

PRESENTMENT - Be it known, that, the person signing below, a duly empowered Notary Public at the request of
_By iEddie -Alexander ; Banks_ in care of c/o 2518 68th Street West, Lehigh Acres, Florida

i.   I did duly present on _January 30, 2019_ the attached **PRIVATE INDEPENDENT ADMINISTRATIVE PROCESS - ARTICLE I REDRESS OF GRIEVANCE UNDER NINTH AMENDMENT RESERVATION OF RIGHTS FOR RESOLUTION AND EQUITABLE SETTLEMENT UNDER NECESSITY, IN THE NATURE OF REQUEST FOR PROOF OF CLAIM and Invoice** to Respondents Green card Return receipt sent to Will and Holly Respondent(s) for Rover.com. The time limit having lapsed for rebuttal or correction thereof, which was authenticated by non-response/non-performance.

2.   I did duly present on _February 19, 2019_ the Contract Notice of Fault and Opportunity to Cure was sent to Respondent(s) Certified Green card Return receipt

3.   Whereupon, the Notary Public below, for the reason dishonor by non-response/non-performance does publicly and solemnly certify the dishonor against all parties it may concern for liability equivalent to all cost damages and interests incurred or hereafter incurred by reason of non-response/non-performance thereof, and stipulations therein.

### NOTICE

The undersigned Notary Public certifies that on _March 6, 2019_ notices of default and Invoice were sent to the parties noted below by depositing in a depository for the United States Postal Service in the State of Florida herein and sealed envelope indicating said notice directed to the respective persons or entities to the last known corresponding address noted below.

| NAME | ADDRESS |
|---|---|
| Rover.com | 2101 4th Ave #400, Seattle, WA 98121 |
| Will and Holly | 2101 4th Ave #400, Seattle, WA 98121 |

TESTIMONY In testimony of the above, I have signed my name and attached my official seal

Notary Public
My commission expires _August 7, 2022_
Date _03/06/2019_

slate of Inica
Coonty op Lee.

Yonabel Hernandez Santos
COMMISSION # GG246373
EXPIRES: August 7, 2022
Bonded Thru Aaron Notary

| Act of State | | THIS SPACE FOR RECORDING: |
|---|---|---|
| **AQUIRED BY PRIVATE CONTRACT** | **NOTICE OF LIEN**<br>**BY OPERATION OF LAW** | |
| 1.DEBTORS UNQUIE NO.<br>45-2587049 | ARTICLE IV REAL ACTION DE JURE COMMON<br>LAW LAND COURT OF RECORD | |

**3.DEBTORS NAME AND ADDRESS**

ROVER.COM
2101 4TH AVE #400
Seattle, Washington 98121

INTEREST OWNED AFFETED BY THIS INTRUMENT ✓    100% UNTIL SETTLED

**3a. VERIFIED INFORMATION**

This lien is "backed" by a registered Invoice No. 18-0212-01, Lee County, Florida Public Record Instrument # 2018000052242 page 13. This is a <u>debt</u> verified by Notary CERTIFICATE OF NON-RESPONSE / NON-PERFORMANCE NOTARY, PROOF OF SERVICE and DEFAULT under State seal of the State of Florida which shall carry full authority and operation of law under full faith and credit.

COLLECTION BOUNTY ASSIGNED: _____% OF TOTAL AMOUNT COLLECTED.

**5. LIEN CREDITORS NAME AND ADDRESS OF**

Eddie-Alexander : the Clan of Banks Estate
c/o 2518 68th Street West Suit #104
Lehigh Acres, Florida          Email: cd.logistics49@gmail.com          Phone: (954) 826-4885

| 6. AMOUNT | 7. LEVY ALL PROPERTY, INCLUDING BUT NOT IMITED TO: ALL BANK ACCOUNTS, SAFTEY DEPOSIT BOXES, CERTIFICATE OF DEPOSITS (CD'S) RETREMENT FUNDS, 801k'S, 401k'S, REAL ESTATE, STOCK BONDS OF ANY TYPE, SECURITIES, CASH ON HAND, HOUSE(S), LANDS, MOTOR VEHICLES, AUTOMOBILES, INSURANCE POLICIES, LINES OF CREDIT, ALL REVENUE STREAMS AND SOURCES, BUILDINGS, STRUCTURES, OFFICE EQUIPMENT AND SUPPLIES, ALL CORPORATE ASSETS ARE TO BE TAKEN UP UNTIL THE FULL AMOUNT OF THE DEBT IS SATISFIED. |
|---|---|
| **185,210.00**<br>Plus Penalties and Fees. | |

**8. CERTIFICATION AND ATTESTATION**

I (WE) CERTIFY THAT THE FOREGOING INFORMATION IS A MATTER OF PUBLIC RECORD. THE FACTS RECITED HEREIN ARE TRUE, CORRECT, AND NOT MISLEADING GIVEN BY THE BOND OF MY AUTOGRAGH AND SIGNATURE UPON MY SACRED HONOR.

Yonabel Hernandez Santos
COMMISSION # GG246373
EXPIRES: August 7, 2022
Bonded Thru Aaron Notary

Eddie Alexander Banks
Secured Party Creditor

Florida State      )
                   )  ss:
County of Lee      )

Subscribed and sworn on the 6 day of March - 2019.

NOTARY PUBLIC_____

My Commission Expires: August 7, 2022



Washington
Office of the Secretary of State
Invalid if Removed



# UNITED STATES OF AMERICA
# The State of Washington

## Secretary of State
### APOSTILLE
*(Convention de la Haye du 5 Octobre 1961)*

(EXIBIT A)

1. Country: **United States of America**

2. This public document has been signed by: ROBERT THOMAS MORGAN II

3. acting in the capacity of: Notary Public, state of Washington

4. bears the seal/stamp of: ROBERT THOMAS MORGAN II

### CERTIFIED

5. at: Olympia, Washington

6. the: 2 day of April, 2019

7. by: Kim Wyman, Secretary of State

8. No: Y21927027

9. Seal/Stamp:



10. Signature:

Given under my hand and the Seal of the State of Washington at Olympia, the State Capital

Kim Wyman, Secretary of State

## Proof of Personal Service

**Server declares:**

My name is: _Shondrom M. Pritchott_ . I am a duly commissioned notary in the State of Washington and not a party to this case. I am 18 or older.

2. **Personal Service**

   I served private documents being an Invoice No. 18-0212-01; Notice of Fault and Opportunity to Cure: Notary Record of Findings; Certificate of Non-Performance and Non-Response; Default; Notary Certificate of Service; Agreement and Consent; Notice of Lien to Will and Holly for Rover.com: I personally hand delivered the documents to the receptionist at the front desk of Rover.com corporate head quarters.

3. **Date, time and address of service;**

   Date: _March 21 2019_    Time: _1:15_    a.m. X p.m.

   Address: _2101 4th Ave_ _#40_    _Seattle_    _WA_    _98121_
           Number and street    city    state    zip

   Fees charged for service Does not apply.

   Fees: $ _65.00_ + Mileage $ _10.20_ = Total: $ _75.20_
   Other Information (if any):

   I declare under penalty of perjury under the laws of the state of Washington that the statements on this form are true.

   Date: _3-21-19_

   _(signature)_
   Signature of server Print or type name of server

   State of Washington    )
                  ) ss:
   County of _King_    )

   I certify that the event or act described in this document has occurred or been performed.
   Dated: _21st March 2019_

   Signature _(signature)_
           (Seal or stamp)

   ROBERT THOMAS MORGAN II
   Notary Public
   State of Washington
   My Appointment Expires
   Sep 10, 2019

   Title My appointment expires: _Sept 10th 2019_

## Assignment For The Benefit of Creditor

ROVER.COM
120 4TH STREET #400
SEATTLE, WASHINGTON 98121

Notice of assignment made on this _13_ day of _April_ 2019. I Eddie-Alexander :Banks at c/o 2518 68ᵗʰ Street West, Lehigh Acres, Florida, having exercised his unlimited ability to contract proceeds as original Creditor Invoice No. 18-0212-01 Debt amount $185,210 plus interest and fees by and through EDDIE ALEXANDER BANKS for consideration evidenced by Instrument No. 2018000052242 and Private Administrative Process Contract No. 17-02101122. Henceforth all rights to collect said debt is assigned to EAB E&T, LLC. You are now obligated to pay EAB E&T, LLC at 1237 Homestead Road, Lehigh Acres, Florida.

A 'backed' security interest is 'assigned and transferred' for the benefit of the creditor to the transferee witnessed.

BANKS,EDDIE,ALEXANDER

By *Eddie-Alexander :Banks*
Creditor
Transfer

EAB E&T, LLC.

By: *Zion Banks*
Authorized Representative
Transferee.

**EAB E&T, LLC**
**1237 HOMSTEAD ROAD N**
**LEHIGH ACRES, FLORIDA**
eabet_llc@outlook.com

## Certificate of Estoppel

**I. The Parties.** This Certificate pertains to  PRIVATE INDEPENDENT ADMINISTRATIVE PROCESS -
ARTICLE I REDRESS OF GRIEVANCE UNDER NINTH AMENDMENT RESERVATION OF RIGHTS FOR
RESOLUTION AND EQUITABLE SETTLEMENT UNDER NECESSITY, IN THE NATURE OF REQUEST
FOR PROOF OF CLAIM and Invoice 2018000052242 presented to Rover.com at 210 t 4ᵗʰ Avenue #400, City of
Seattle state of Washington, hereafter Debtor is held to pay EAB E&T, LLC hereafter Creditor by assignment.

**II. Record.** Facts established by Notary Public finding and report legally and lawfully established by non-
judicial records and proceedings. A verifiable debt is due. By Personal Service the complete record was was
served on Rover.com evidenced by Proof of Service. There is no dispute nor is there objection to the debt.

**III. Assignment.** The original creditor Eddie-Alexander  :Banks has agreed to transfer upon private
consideration a debt to EAB E&T, LLC. This debt was acquired by contract and assignment dated April 13,
2019.

Executed on this 22ⁿᵈ day of _Apiil_ 2019.

BANKS,EDDIE,ALEXANDER

_By: Eddie -Alexander :Banks_
/Creditor
Transfer

EAB E&T, LLC.

By: _Zion Banks_
Authorized Representative
Transferee.

## Summary of Fees and Interest

This is an account summery for a debt owed by ROVER.COM to EAB E&T, LLC

**Account No.** 18-0291200

**Amount Due:** $185,210

**Fees and Interest**
Process fee $95.00
plus
3% per month amounts to $5,556.30 from March 1, 2018
as of April 1, 2019 in interest per month that is pass due.
The total sum due to date in interest amount to $77,788.20

**Payment Information**
NO PAYMENT RECIEVED

Total Amount Due: $269,932,00

The intention of this summary is to be applied to the Security Agreement to guarantee collection rather than payment, the signer is obliged to pay the amount due on the instrument Notice of Lien. Named secured party is entitled to enforce the instrument.



**ACCEPTED BY:**

ROVER.COM

Rover.com                    April 23, 2019
                             Date



**Act of State**

Bk 48159 PG 414, CFN#110253253
=========================================
Admiralty Jurisdiction Communication | RE 152 134 875 US |
PMB# 98233-0231





10$^c$

USA

## FEDERAL DISTRICT COURT
### for the
### Western District of Washington

Mr. Banks, Eddie-Aleander
       **Plaintiff/Petitioner**

    v.

Gary Huehnerhoff, bda Police Officer
Thomas L. Verge, dba Judge
Aaran Easterly, CEO for Rover.com
       **Defendant/Respondent**

Civil Action No. _____

### ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

This is an Admiralty Maritime claim within the meaning of rule 9(h). See attached seaman's certificate No. presented under the law of the flag and act of state doctrine with the Admiralty Jurisdiction.

**IT IS ORDERED:**
The plaintiff's application under 28 U.S. Code §1916 to proceed without prepaying fees or costs is:

**Granted:**
The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

**Verification for court of equity signature and seal**

i _____ declare I am of good standing and good behavior in my community and Chief Judge of a Common law Equity Banc Court of Record Federal Judge (under seal). Fl. Pub. Rec. 2017000238901. Principle Owner Authorization No. 20170000053974. Constitutional forcement Notice No. 2017000225872. Rules of Court No. 2017000231243 [28 Title 2071]. Treaty No.2017000225872; 2018000114264; 110651073. Article IV Decree Federal Ref. 2:19-cv-755 Act No. 01-92. Treasury Authorization: Private Registered Indemnity Bond AMRI00001 and Payment Bond AMRI RA393427653US. The civil authority by operation of law Constitution Article IV – Full Faith and Credit Clause (under seal) of a pure equity court of record; one word one meaning is intended; Article IX and Article X of the Bill of Rights calls forth the power by right and record for enforcing private law pursuant to Statute at Large 17 Stat. 15. Washington State, Skagit County Auditors Office 202006300163.

i _____ hereby approve and grant land jurisdiction to the United States Military for the forcement under the private civil flag for the clan of Banks under treaty support and defense to the United States.

:Banks; Eddie-Alexander:

*Banks; Eddie-Alexander*

Article IV – Private American Equity Court - Chief Judge

Office of High Chancellor

By: _____  Date: 8-19-2020
   Protonotary



20-001MT636
20-001RO635

Act of State



Bk 48159 PG 414, CFN#110253253
================================
Admiralty Jurisdiction Communication | RE 152 134 875 US |
PMB# 98233-0231





## FEDERAL DISTRICT COURT
### for the
### WESTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| Mr. Banks; Eddie-Alexander | Case No. _____ |
| _____ | (to be furnished by the Clerk's Office) |
| *Plaintiff(s)* |  |
| -v- | Jury Trial: *(check one)*  ☐ Yes  ☒ No |
| Aaron Easterly, CEO Rover.com |  |
| *Defendant(s)* |  |

### AN ADMIRALTY MARITIME CLAIM UNDER RULE 9(h)
### Rule B. In Personam Action:

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Mr. Banks; Eddie-Alexander |
| Street Address | PO Box 231 |
| City and County | Burlington, Skagit County |
| State and Zip Code | Washington 98233 |
| Telephone Number | (941)357-7802 |
| E-mail Address | cd.logistics49@gmail.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1               Aaron Easterly

| | |
|---|---|
| Job or Title *(if known)* | Chief Executive Officer |
| Street Address | 2104 4th Ave #400 |
| City and County | Seattle |
| State and Zip Code | Washington 98121 |
| Telephone Number | 1(888)453-7889 |
| E-mail Address *(if known)* | legal@rover.com |
| | |

| Defendant No. 2 | Rover.com |
|---|---|
| Job or Title *(if known)* | Pet Service Corporation |
| Street Address | 720 Oliver Way |
| City and County | Seattle |
| State and Zip Code | Washington 98101 |
| Telephone Number | 1(888)453-7889 |
| E-mail Address *(if known)* | legal@rover.com |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1333, The district courts shall have original jurisdiction, exclusive of the courts of the States, of:

(1) Any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled.

(2) Any prize brought into the United States and all proceedings for the condemnation of property taken as prize.

### A.  The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, Mr. Banks; Eddie-Alexander

   State of BANKS

2. If the plaintiff is a corporation

   The plaintiff, EDDIE ALEXANDER BANKS E & T, LLC.

   under the laws of the State of Florida

   and has its principal place of business in the State of Florida

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.  The Defendant(s)

1. If the defendant is an individual

   The defendant, Aaron Easterly

   the State of Washington

2. If the defendant is a corporation

   The defendant, Rover,com

   the laws of the State of Washington and Florida

   principal place of business in the State of WASHINGTON

   Or is incorporated under the laws of *(foreign nation)*

   and has its principal place of business in Seattle, Washington

## III.  Statement of Claim

### I.

That he is a bona fide creditor of the defendant, The Rover.com as follows:

1. That on the 15th day of March 2019 he recovered a judgment in the sum of $269,932 plus fees and interest all of which is unpaid.

## IV.  Relief

Complainant there prays:

1st That subpoena to answer issue

2nd That the Complainant may have and recover of the defendant the amount due on said judgment and interest thereon.

3rd That he have such further and other relief as may require, and be just

## V.   Certification and Closing

### Verification for court of equity signature and seal

i _____ declare I am of good standing and good behavior in my community and Chief Land Judge of a Common law County Banc Court of Record Federal Judge (under seal). Fl. Pub. Rec. 2017000238901. Principle Owner Authorization No. 2017000053974. Constitutional forcement Notice No. 2017000225872. Rules of Court No. 2017000231243 [28 Title 2071]. Treaty No.2017000225872; 2018000114264; 110651873. Article IV Decree Federal Ref. 2:19-cv-755 Act No. 01-92. Treasury Authorization: Private Registered Indemnity Bond AMRI00001 and Payment Bond AMRI RA393427653US. The civil authority by operation of law Constitution Article IV – Full Faith and Credit Clause (under seal) of a pure equity court of record; one word one meaning is intended; Article IX and Article X of the Bill of Rights calls forth the power by right and record for enforcing private law pursuant to Statute at Large 17 Stat. 15. Equity showing at  Washington State, Skagit County Auditors Office 202006300163. Admiralty President.

i _____ hereby approve and grant land jurisdiction to the United States Military for the forcement under the private civil flag for the clan of Banks under treaty support and defense to the United States.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  *August 19, 2020*

Signature of Plaintiff  *Banks' Eddie Alexander*

Printed Name of Plaintiff  Banks; Eddie-Alexander

2. Commercial Registry FILED 2019 April 24, 11:18AM 201908437888

II.

That complainant has an account against said Company for breach of agreement with failure of refusal to respond to administrative process.

III.

That he has a judgment against said Company for TWO HUNDRED SIXTY-NINE THOUSAND NINE HUNDRED THIRTY-TWO dollars and cost of suit rendered by the against said company at its July term, 2020, and that said judgment remains unsatisfied.

I/We declare under penalty of perjury the forgoing is true correct and not misleading. By our hand on this _19'⁹_ day of _August_ 2020.

_Zanks; Eddie Alexander_
Master

Office of High Chancellor

By: _____  Date: _8-19-2020_
Protonotary

The defendant, Aaron Easterly, CEO Rover.com

| | |
|---|---|
| *Amount*) $269,932.00 | |
| **A.    On an  Private Agreement Invoice and Bill** | |
| *By and through State of Florida UCC Commercial Registry No. 20190843788* | |
| *(the amount of unpaid principal and interest)* $269,932.00 | |
| **Exhibit A** *(Attach the note or summarize what the document says.)* | |

2. Commercial Registry FILED 2019 April 24, 11:18AM 201908437888

**II.**

That complainant has an account against said Company for breach of agreement with failure of refusal to respond to administrative process.

**III.**

That he has a judgment against said Company for TWO HUNDRED SIXTY-NINE THOUSAND NINE HUNDRED THIRTY-TWO dollars and cost of suit rendered by the against said company at its July term, 2020, and that said judgment remains unsatisfied.

I/We declare under penalty of perjury the forgoing is true correct and not misleading. By our hand on this *19th* day of *August* 2020.

*Banks, Eddie Alexander*

Master

**Office of High Chancellor**

By: _____ Date: 8-19-2020

Protonotary

| The defendant, Aaron Easterly, CEO Rover.com |
| --- |
| *Amount)* $269,932.00 |
| **A.** On an Private Agreement Invoice and Bill |
| *By and through State of Florida UCC Commercial Registry No. 20190843788* |
| (the amount of unpaid principal and interest) $269,932.00 |
| Exhibit A *(Attach the note or summarize what the document says.)* |

**Act of State**



Bk 48159 PG 414, CFN#110253253



Admiralty Jurisdiction Communication | RE 152 134 875 US |
PMB# 98233-0231



# FEDERAL DISTRICT COURT
### for the
### WESTERN DISTRICT OF WASHINGTON

|  |  |  |
|---|---|---|
| Mr. Banks; Eddie-Alexander | ) | Case No. _____ |
| *Plaintiff(s)* | ) | *(to be furnished by the Clerk's Office)* |
| -v- | ) | Jury Trial: *(check one)*  ☐ Yes  ☒ No |
| Aaron Easterly, CEO Rover.com | ) |  |
| *Defendant(s)* | ) |  |

### AN ADMIRALTY MARITIME CLAIM UNDER RULE 9(h)
#### Rule B. In Personam Action:
## SUMMONS IN A CIVIL ACTION

To: Aaron Easterly at 720 Oliver Way, Seattle, Washington 98121
(Defendant's name and address)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mr. Banks; Eddie-Alexander at PO Box 231, Burlington Washington 98233

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:_____          _____
                                   Signature of Clerk or Deputy Clerk

**Act of State**

Bk 48159 PG 414, CFN#110253253

Admiralty Jurisdiction Communication | RE 152 134 875 US |
PMB# 98233-0231

5ᶜ

USA

Mr. Banks; Eddie-Alexander

*Plaintiff(s)*

-v-

Aaron Easterly, CEO Rover.com

*Defendant(s)*

)
)
)
)
)
)
)
)

**Decree**

## The Commencement.

This cause came on to be heard this _____, before Chief Judge Banks E.A., Protonotary
Shundrane Pritchett, sitting by interchange with Chief Judge Banks E.A. upon

## The Recitals.

The answers of the defendants, Aron Easterly and representative Holly and Will, the and the judgment
pro confesso heretofore taken and entered against the defendant Aaron Easterly, Rover.com, Holly and Will
as to the original and amended bills, and upon the written agreement exhibited to the original bill, and
the other proof in the cause, and argument of counsel.

## The Declaratory

It appears to the Court that the representatives of Rover.com without just cause terminated an
independent contractor and cause damage to the plaintiff without proof of claim. The bill is sustained
by the proof of Florida commercial record No. 201908437888 and has admitted by the answers realized
by and through a private administrative process. The agreement is valid and sum stated in the bill it true
correct and past due.

## Mandate

Therefore ordered, adjudged and decreed by the Court Ordered in camera at Skagit county this _14th_ day
of _August_ 2020
1ˢᵗ That the Court has decreed, the agreement filed is valid, enforceable and is to be paid in full.
2ⁿᵈ That the service account is to be restored with 7 days.

_Banks; Eddie Alexander_

Master

**Office of High Chancellor**

By: _____   Date: _8-19-2020_
Protonotary

20-008RO635                                   8 of __

**Act of State**



Bk 48159 PG 414, CFN#110253253

**Admiralty Jurisdiction Communication | RE 152 134 875 US |**
**PMB# 98233-0231**





## FEDERAL DISTRICT COURT
### for the
### WESTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| Mr. Banks; Eddie-Alexander | Case No. _____ |
| *Plaintiff(s)* | *(to be furnished by the Clerk's Office)* |
| -v- | Jury Trial: *(check one)*  ☐ Yes  ☒ No |
| Aaron Easterly, CEO Rover.com | **WRIT OF ATTACHMENT FOR CONTEMPT** |
| *Defendant(s)* | |

State of Washington )
Thurston County     )

To the Sheriff of Thurston county:

You are hereby commanded to attach the body of Aaron Easterly, and him safely and closely keep in you custody in the common jail of Thurston county, there to remain until he shall have fully complied with and performed the decree rendered against him in and by our Court of Equity at Skagit county, in favor of Mr. Banks; Eddie-Alexander, or until our said Court of Equity shall make an order to the contrary.

And will make return to the next term of oue Court of Equity, at Skagit county, on the _____, _____ of _____ next, how you have executed this writ, by proper endorsement thereon.

This _____
On the service of this writ no bond will be taken.

Ordered in camera at Skagit county this *19th* day of *August* 2020

*Banks; Eddie Alixander*
Master

**Office of High Chancellor**

By: _____  Date: *8-19-2020*
Protonotary

GREAT SEAL OF
AMERICAN CITIZENRY
[illegible]



**City of Burlington**
**Police Department**

**Gary Huehnerhoff**
Police Officer

311 Cedar Street  Suite B
Burlington, WA 98233

Case # 20-B03017

Garyh@burlingtonwa.gov

Office: (360)755-0921
VM: (360)755-2358

This form must be fill out for the processing and proceeding of any claim or alleged criminal charge made against the Assured Individual Banker – EIN: 81-5026726.
If this form is not completed. it will be deemed a substantive violation of due process and equal protection of the law.

Form D-119(a)

## Claim Form

No. 20-01

Name of employee:_____ Position/Title: _____

Day: _____ Time: _____AM/PM  Phone:_____ Employee Id No. _____

Are you a government employee? (Check one) □ yes □ no  Employee Insurance No. _____

Request for Agency EIN:_____ Agency Name: _____

Agency mailing address:_____

Agency phone number:_____ ex:_____

Your claim is against: _____ who is a (Check one): □ legal Entity □ Man □ Woman

Is there a property damage or a damaged party (Check one): □ Yes □ No

Please describe the nature and cause of your claim:_____

_____

_____

_____

[You may attach additional sheets as needed to complete your proofs of claim.]

□ Confession of Judgment, by checking this box you are indicating you have no proofs of claim as requested.

I (state your name): _____ declare under penalty of perjury that I am acting within the scope and authority as a public servant and that the forgoing is true, correct  under the laws of the United States of America.

Executed on this ___ day of _____ 2020.

Signature of claimant: _____

Print: _____

### Acknowledgment

_____ County  )

_____ State    )

On_____, 20__ appeared _____who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to be the individual who is executing this instrument.

_____ (seal)
Notary Signature

commission expires: _____

========================================================================

### Return

To Master:  Eddie-Alexander :Banks

c0/ Elliott Street 2ⁿᵈ Floor
Meriden, Connecticut [06571]
Email: eabet_ltc@outlook.com
Mobile: (239)204-0553

Acknowledged and returned by (Print Name): _____
Returned on date: _____

RR 429 076 165 US          219949382  G76083692

No. 20-8272                                                          REV. 3/1-2020

**Act of State**



**Private American Banc Equity Court of Record**
PMB# 98233-0231   Book #420T1 3340





**Admiralty Jurisdiction Communication**

To the municipal court Clerk:

An action has been commenced in this court by false and misleading presumption and fraud. The warrant is a counterfeit instrument having no authority in fact and law . I refer you to the video encounter YouTube: http://youtu.be/UZJ0f7nkGzQ A counter claim was entered and denied this amounts to a violation of due process. The record show that the acting office has violated his oath of office and is indebted to a damaged party. The acting judge Thomas L. Verge has conspired with Gary Huehnerhoff acting police officer using positions of public trust to deprive an individual of his rights and security under color of law. Find attach an Article IV, Warrants for cause stated on the the face of the warrants. Call to bring forth the oaths of office and hazard bond or cities insurance to settle the claim.

## ORDER

You are hereby ordered to quash Bench Warrant Case No: BUC021233.
Further that a subpoena be issued to Thomas L. Verge and Gary Huehnerhoff to answer.

Done and Ordered in camera at Skagit County, Washington State Entered on this 13ᵗʰ day of
_August_ , 2020.

Banks; Eddie-Alexander;

*Banks; Eddie-Alexander*

Article IV – Private American Equity Court of Record - Chief Judge

Office of High Chancellor

**Verification for court of equity signature and seal**

i _____ declare I am of good standing and good behavior in my community and Chief Land Judge of a Common law Equity Banc Court of Record Federal Judge (under seal). Fl. Pub. Rec. 2017000238901. Principle Owner Authorization No. 20170000053974. Constitutional forcement Notice No. 2017000225872. Rules of Court No. 2017000231243 [28 Title 2071]. Treaty No.2017000225872; 2018000114264; 110651873. Article IV Decree Federal Ref. 2:19-cv-755 Act No. 01-92. Treasury Authorization: Private Registered Indemnity Bond AMRI00001 and Payment Bond AMRI RA393427653US. The civil authority by operation of law Constitution Article IV – Full Faith and Credit Clause (under seal) of a pure equity court of record; one word one meaning is intended; Article IX and Article X of the Bill of Rights calls forth the power by right and record for enforcing private law pursuant to Statute at Large 17 Stat. 15. Equity showing at Washington State, Skagit County Auditors Office 202006300163. Admiralty President.

i _____ hereby approve and grant land jurisdiction to the United States Military for the forcement under the private civil flag for the clan of Banks under treaty support and defense to the United States.

By: _____ Date: 8-13-2020
   Protonotary

BURLINGTON MUNICIPAL COURT
311 CEDAR SUITE A
BURLINGTON, WA 98233-1945
360-755-0492

# Bench Warrant

**CITY OF BURLINGTON**
**SKAGIT COUNTY**
**STATE OF WASHINGTON**
**Plaintiff, vs**

**BANKS, EDDIE A**

521 MAGNOLIA AVENUE
BURLINGTON, WA 98233

Defendant

| Defendant | | | |
|---|---|---|---|
| DOB | **03/01/1973** | Sex **M** | Race **B** |
| Height | **6ft 2in** | Weight **0** | |
| Eyes | **BRO** | Hair **BLK** | |
| DL# | | St | Exp |
| FBI# | | DOC# | |
| SID# | | | |
| Employer | | | |
| AKA / DBA | | | |

Physical Description

Alternative Address

| Violation | | |
|---|---|---|
| Officer's Number | **00H20** | Viol. Date **5/21/2020** |
| | | Orig Agy **20-B03017** |
| Orig Agency **BPD** | | Case No |
| Complainant - Under Oath or Certification | | **HUEHNERHOFF, GARY** |
| Description of Charge(s): | | |
| 46.20.342.1C | **DWLS 3RD DEGREE** | |
| 46.61.020.1 | **VEH OPR-REFUSE COMPLY POLICE** | |

The State of Washington to all Peace Officers,
Greetings: A complaint/information under oath or certification has been filed in this court, charging the defendant with the crimes herein described.
Therefore, in the name of the State of Washington, you are commanded to arrest the defendant and keep the defendant in custody until the defendant is discharged according to law, and make due return of this warrant with your manner of service endorsed thereon. Cash or surety bond to be approved by court. Service of this warrant by telegraph or telephone is authorized.

Warrant Issued

Bail **$1,000**     Warrant Exp **8/05/2023**     Case No **BUC021233**

**Cash Bail or Bail Bond**

Reason(s) for Issuance:

**Failure to Comply with Court Order/Failure to Appear for Hearing**

Comments

**PTR 8-5-2020 1BW**

Given Under My Hand This 5 Day Of August 2020
                                              Judge
                                    **VERGE, THOMAS L**

I Hereby Certify That I Arrested the Named Defendant
On The _____ Day of _____ , 20 _____
Officer _____
Agency _____

| Service Fees | |
|---|---|
| Service | |
| Mileage | |
| Total | |

*[Overlaid stamp text:]* VETO — Bill and Order to Set Off — American Pure Equity Bank — Court of Record #340 — Case No. #20-086300163 — https://fire.skagitcounty.net — www.skagitcounty.net — By Executive Power and Authority — An American Landed Estate by Allodial Title — EDDIE ALEXANDER BANKS, An American Principal Executive Officer, hereby veto this bill. Posted, Signed, Sealed and Dated: August 11, 2020 — By the living Will of: Banks: Eddie-Alexander — EXECUTIVE OFFICE in EQUITY — Appear for Countersigning and Countermand — See 2020

COPY

Act of State

Private American International Equity Banc Court of Record
PMB# 98233-0231   Book #420T2 3340
Prepared By: Mr. Banks; Eddie-Alexander
===================================================

Foreign Jurisdiction Communication | RE 152 134 875 US |
Office of High Chancellor
PO Box 231
Burlington, Washington  [98233-0231]
Protonotary: Skundrane Pritchett

Banks: Eddie-Alexander, a sojourner of      vs.      Gary Huehnerhoff, residents of Skagit county,
complainant, Chief Judge                               City of Burlington defendants.

Equity makes a Freedom of Information Act request upon public employee Matthew R. Kernutt who
has obstructed private Trade and Commerce.

- I demand that you produce your oath of office and peace officer certification.
- Do you have a Foreign Registration Statement?
- Do you have an Anti bribery Statement?
- Are you a Jesuit working for the Popes of Rome?
- Do you have an address and social security number?
- Are you a Democrat member trying to overthrow the Republic?
- Have you taken an  oath under the foreign immunities act?
- Are you a Card carrying member of the Bar Association?

You have (7) days to respond or rebut under penalty of perjury under their full liability bond and
insurance. Failure or refusal to respond shall be taken pro confesso.

Requested on this _13th_ day of _August_ 2020.

Mr. Banks; Eddie-Alexander

_Banks Eddie-Alexander_

Article IV – Private American Equity Court - Chief Judge

**Office of High Chancellor**

By: _Julia Pettito_      Date: _8-13-2020_
       Protonotary

20AL039-019

**Act of State**

ISSUED BY: Equity Court of Record
Court of Record Article IV - No. 2017000238901
Blood CALL FOR Full Faith and Credit



Mr. Banks; Eddie-Alexander
We the People
Action No. _____

**ARREST WARRANT**
Statute at Large 17 Stat. 16

This warrant is based on notice of ORIGINAL JURISDICTION FULL FAITH AND CREDIT BY WAY CESSER CLAUSE.

The State of Washington To All Peace Officers enforcement officer.

Constitutional Warrant

You Are Commanded to arrest and bring before a United States magistrate judge without unnecessary delay (names of the persons to be arrested public officials libel for malfeasance and nonfeasance) In the Matter of Arrest For:

### Gary, Huehnerhoff

who is accused of fraud, counterfeiting, extortion and racketeering by the issuance of a fraudulent Warrant signed August 5, 2020  received August 10, 2020 the offenses briefly described as follows:

39 U.S. Code § 1011. Oath of office
Title 18 USC 241 Conspiracy against rights
Title 18 USC 242 Deprivation of rights under color of law
Title 18 USC 245 Federally Protected Activities
Title 18 USC 1001 False Statements
Title 42 USC 1983 Civil Action for deprivation of rights
Title 22 USC 621, 618(a)(1) Acting as an agent of a foreign Principle Without Registration

ALL IN COMPOUNDING THE UNITED STATES JUSTICE CODE II.I.JI.U.S.J.C.II.I.JI. as FULLY ACTIVATED JI.

I declare the above true and correct under the laws of the United States of America on this _13"_ day of _August_ 2020.

_Banks; Eddie-Alexander_
Issuing Officer
Banks; Eddie-Alexander, Private Attorney General
We the People

L.S.

Not Valid Without Raised Seal.

Dated: _8-13-2020_          Office of High Chancellor
_Nelie Rett_
Protonotary

| | |
|---|---|
| This warrant was received on (date) _____, and the person(s) was arrested on (date)_____ at (city and state)_____. | |
| Date: _____ | _____<br>Arresting officer's Signature |
| **Act of State** | _____<br>Print Name and Title |

20AL039-013

**Act of State**

ISSUED BY: Equity Court of Record
Court of Record Article IV - No. 2017000238901
Blood CALL FOR Full Faith and Credit



**ARREST WARRANT**
Statute at Large 17 Stat. 16

Mr. Banks; Eddie-Alexander
We the People

Action No. _____

This warrant is based on notice of ORIGINAL JURISDICTION FULL FAITH AND CREDIT BY WAY CESSER CLAUSE.

The State of Washington To All Peace Officers enforcement officer.

[barcode] Constitutional Warrant

You Are Commanded to arrest and bring before a United States magistrate judge without unnecessary delay (names of the persons to be arrested public officials libel for malfeasance and nonfeasance) In the Matter of Arrest For:

### Gary, Huehnerhoff

who is accused of fraud, counterfeiting, extortion and racketeering by the issuance of a fraudulent Warrant signed August 5, 2020  received August 10, 2020 the offenses briefly described as follows:

39 U.S. Code § 1011. Oath of office
Title 18 USC 241 Conspiracy against rights
Title 18 USC 242 Deprivation of rights under color of law
Title 18 USC 245 Federally Protected Activities
Title 18 USC 1001 False Statements
Title 42 USC 1983 Civil Action for deprivation of rights
Title 22 USC 621, 618(a)(1) Acting as an agent of a foreign Principle Without Registration

ALL IN COMPOUNDING THE UNITED STATES JUSTICE CODE II.I.JI.U.S.J.C.II.I.JI. as FULLY ACTIVATED JI.

I declare the above true and correct under the laws of the United States of America on this _13_ day of _August_ 2020.

_Banks' Eddie Alexander_
Issuing Officer
Banks; Eddie-Alexander, Private Attorney General
We the People

L.S.

Not Valid Without Raised Seal.

Office of High Chancellor

Dated: _8-13-2020_   _Nelie Platt_
Protonotary

| This warrant was received on (date) _____, and the person(s) was arrested on (date) _____ |
| at (city and state) _____ . |

Date: _____

_____
Arresting officer's Signature

**Act of State**

_____
Print Name and Title

Private American International Equity Banc Court of Record
PMB# 98233-0231   Book #420T2 3340
Prepared By: Mr. Banks; Eddie-Alexander
═══════════════════════════════════════════

Foreign Jurisdiction Communication | RE 152 134 875 US |
Office of High Chancellor
PO Box 231
Burlington, Washington  [98233-0231]
Protonotary: Shandrane Pritchett

Banks: Eddie-Alexander, a sojourner of          vs.          Thomas L. Verge, residents of Skagit county,
complainant, Chief Judge                                        City of Burlington  defendants.

Equity makes a Freedom of Information Act request upon public employee Matthew R. Kernutt who
has obstructed private Trade and Commerce.

- Please prove a copy of your oath of office.
- Do you have a Foreign Registration Statement?
- Do you have an Anti bribery Statement?
- Are you a Jesuit working for the Popes of Rome?
- Do you have an address and social security number?
- Are you a Democrat member trying to overthrow the Republic?
- Have you taken an  oath under the foreign immunities act?
- Are you a Card carrying member of the Bar Association?

You have (7) days to respond or rebut under penalty of perjury under their full liability bond and
insurance. Failure or refusal to respond shall be taken pro confesso.

Requested on this *13th* day of *August*          2020.

Mr. Banks; Eddie-Alexander

*Zank; Eddie Alexander*

Article IV – Private American Equity Court – Chief Judge


Office of High Chancellor

By: *Shelin Pritott*          Date: *8-13-2020*

Protonotary

20AL039-014

**Act of State**

ISSUED BY: Equity Court of Record
Court of Record Article IV – No. 2017000238901
Blood CALL FOR Full Faith and Credit



Mr. Banks; Eddie-Alexander
We the People

Action No. _____

**ARREST WARRANT**
Statute at Large 17 Stat. 16

This warrant is based on notice of ORIGINAL JURISDICTION FULL FAITH AND CREDIT BY WAY CESSER CLAUSE.

The State of Washington To All Peace Officers enforcement officer.

|||||||||||||||||||||||||||||||||||||||
**Constitutional Warrant**

You Are Commanded to arrest and bring before a United States magistrate judge without unnecessary delay (names of the persons to be arrested public officials libel for malfeasance and nonfeasance) In the Matter of Arrest For:

### Thomas L. Verge

who is accused of fraud, counterfeiting, extortion and racketeering by the issuance of a fraudulent Warrant signed August 5, 2020  received August 10, 2020 the offenses briefly described as follows:

    39 U.S. Code § 1011. Oath of office
    Title 18 USC 241 Conspiracy against rights
    Title 18 USC 242 Deprivation of rights under color of law
    Title 18 USC 245 Federally Protected Activities
    Title 18 USC 1001 False Statements
    Title 42 USC 1983 Civil Action for deprivation of rights
    Title 22 USC 621, 618(a)(1) Acting as an agent of a foreign Principle Without Registration
ALL IN COMPOUNDING THE UNITED STATES JUSTICE CODE II.I.JI.U.S.J.C.II.I.JI. as FULLY ACTIVATED JI.

I declare the above true and correct under the laws of the United States of America on this *13rd* day of *August* 2020.

*Banks; Eddie-Alexander*
Issuing Officer

**Banks; Eddie-Alexander, Private Attorney General**
We the People

L.S.



Not Valid Without Raised Seal.

Dated: *8-13-2020*

Office of High Chancellor

*[signature]*
Protonotary

| This warrant was received on (date) _____, and the person(s) was arrested on (date)_____ |
| at (city and state)_____ . |
| Date: _____        _____ |
|            **Arresting officer's Signature** |
|            _____ |
|            **Print Name and Title** |

20AL039-013


WASHINGTON STATE DEPARTMENT OF
**LICENSING**

## Administrative Review Request

If you want a review of the pending action against your driving privilege, you may request an administrative review (RCW 46.20.245).

**We can only consider two issues** during the review:
- If our records correctly identify you.
- If the information we received from the court or other agency accurately describes the action they took.

You may also ask for a copy of the documents reviewed and that the review be conducted by telephone. To request a review, send this completed form and any other related information you want considered to:

Driver & Vehicle Records
**Department of Licensing** PO Box 9030
Olympia, WA 98507-9030

Fax: (360) 570-7030
Email: adminreviews@dol.wa.gov

The request must be postmarked within 15 days from the date of your notice of suspension, revocation, cancellation, disqualification, or denial.

When we have completed our review, we will notify you of the outcome in writing.

**Driver Information**

| PRINT OR TYPE your name (Last, First, Middle initial) | | Date of birth (mm/dd/yyyy) |
|---|---|---|
| BANKS, EDDIE, A | | |
| Washington driver license number | (Area code) Daytime phone number | Email |
| WDLB55S8403B | | |

**Attorney information**

A public defender may not represent you for this action. If you have a public defender, leave this section blank.

| Attorney name | (Area code) Attorney phone number | Attorney email |
|---|---|---|
| Attorney mailing address | | State | Zip Code |

If parties or witnesses are non-English speaking and you want a review by phone, a qualified interpreter will be appointed at no cost to you. Complete the following information if you need an interpreter.

| Request for interpreter ___ I need an interpreter ___ I am hearing impaired | Primary language | Dialect |
|---|---|---|

We suggest that you check the status of your driving privilege before you drive. To check the status, go to dol.wa.gov or call (360) 902-3900.

DR-500-034 (R/9/16) WA



000006





**STATE OF WASHINGTON**
# DEPARTMENT OF LICENSING
*PO Box 9030 • Olympia, Washington 98507-9030*

## Notice of Suspension

07-Aug-2020

**CERTIFIED**
Letter ID: L0108994836

EDDIE A BANKS
521 E MAGNOLIA AVE
BURLINGTON WA 98233-1224

License #: WDLB55S8403B

On 23-Sep-2020 at 12:01 a.m. we will suspend your driving privilege until you comply because you failed to respond, appear, pay, or comply with the terms of the citation below. Authority: 46.20.289.

Any Washington driver license or permit, including, occupational restricted license (ORL) or ignition interlock licenses (IIL) will not be valid on 23-Sep-2020, and must be returned to Department of Licensing, PO Box 9030, Olympia, WA 98507-9030.

**What do I have to do?**
*   You may be able to avoid this suspension.

You must do all of the following:
*   Contact the court below to find out how to take care of this citation. The court must submit proof to the Department that the citation has been resolved prior to the suspension date to avoid suspension. Processing can take 7-10 business days from the date we receive it.
*   If you don't resolve this before your suspension goes into effect, you will remain suspended until the Department receives proof that the citation is resolved. You may still be required to pay any mandatory reissuance and licensing fees.

| Violation Date | Violation Number | Reason For Citation | Court Name | Court Phone |
| --- | --- | --- | --- | --- |
| 21-May-2020 | BUC021233 | Misd - Failed to obey | Burlington Municipal Court | 360 755-0492 |

**What other options are available?**
*   You may contest this action by submitting the enclosed form. This request must be postmarked or received by 24-Aug-2020.

Many licensing transactions can be completed online without ever having to visit an office such as requesting a hearing, applying for a restricted license, learning how to reinstate your license, paying any required fees, and applying for a license or identification card. We suggest that you always check the status of your driving privilege before you drive. Find out more at www.dol.wa.gov or by calling Customer Service at 360-902-3900.

Driver and Vehicle Records

*The Department of Licensing certifies that this document was mailed via U.S. post office on 07-Aug-2020 to the person named herein at the address shown, which is the last known address of record with the Department.*

Skip a trip - go online **www.dol.wa.gov**

We are committed to providing equal access to our services.
For information visit dol.wa.gov/access. (TDD/TTY call 711).





BURLINGTON MUNICIPAL COURT
311 CEDAR SUITE A
BURLINGTON, WA 98233-1945
360-755-0492

| Case Information | |
|---|---|
| Case #: | BUC021232   BPD   CT |
| Violation Date: | 05/21/2020 |
| Violation(s): | |
| 9A.76.020 | OBSTRUCT LAW ENFORCEMENT OFFICER |
| 46.61.020.1 | VEH OPR-REFUSE COMPLY POLICE |

**CITY OF BURLINGTON**
**SKAGIT COUNTY**
**STATE OF WASHINGTON**
Plaintiff, vs

**BANKS, EDDIE A**

521 MAGNOLIA AVENUE
BURLINGTON, WA 98233

**Defendant**

Notice Date:      August 17, 2020

### NOTICE OF CASE SETTING

The above case has been scheduled/continued for a **PRE TRIAL**
You must appear on   **Wednesday,   September 16, 2020** , at 9:30 AM   in COURTROOM 1
at the following location:

BURLINGTON MUNICIPAL COURT
311 CEDAR SUITE A
BURLINGTON, WA 98233-1945

Judge               VERGE, THOMAS I.

Failure to respond as directed may result in a warrant for your arrest and/or the suspension of your driver's license or privilege to drive. If you have posted bond/bail, it may be forfeited.



Attorney          MEARNS, MATTHEW SHELL

By:   COURT CALENDAR CLERK                    ALM
      COURT CALENDAR CLERK                    Preparer

000007

Additional information may be provided on the back of this notice or in an attached document

WASHINGTON STATE DEPARTMENT OF
**LICENSING**



## Administrative Review Request

If you want a review of the pending action against your driving privilege, you may request an administrative review (RCW 46.20.245).

**We can only consider two issues** during the review:
- If our records correctly identify you.
- If the information we received from the court or other agency accurately describes the action they took.

You may also ask for a copy of the documents reviewed and that the review be conducted by telephone. To request a review, send this completed form and any other related information you want considered to:

Driver & Vehicle Records
**Department of Licensing** PO Box 9030
Olympia, WA 98507-9030

Fax: (360) 570-7030
Email: adminreview@dol.wa.gov

The request must be postmarked within 15 days from the date of the notice of suspension, revocation, cancellation, disqualification or denial.

When we have completed our review we will notify you of the outcome in writing.



**Driver Information**

| PRINT OR TYPE your name (Last, First, Middle initial) | | | Date of birth (mm/dd/yyyy) |
|---|---|---|---|
| BANKS, EDDIE, A | | | |
| Washington driver license number | (Area Code) Daytime phone number | | Email |
| WDLB55S8403B | | | |

**Attorney information**

A public defender may not represent you for this action. If you have a public defender, leave this section blank.

| Attorney name | | (Area code) Attorney phone number | Attorney email |
|---|---|---|---|
| Attorney mailing address | | State | Zip Code |

If parties or witnesses are non-English speaking and you want a review by phone, a qualified interpreter will be appointed at no cost to you. Complete the following information if you need an interpreter.

| Request for interpreter ___ I need an interpreter ___ I am hearing impaired | Primary language | Dialect |
|---|---|---|

We suggest that you check the status of your driving privilege before you drive. To check the status, go to dol.wa.gov or call (360) 902-3900.

DR-500-034 (R/9/16) WA

000008

**Act of State**



Private American Banc Equity Court of Record
PMB# 98233-0231   Book #420T1 3340
Foreign Jurisdiction Communication



No._____

### Document Chain of Custody
### Certificate
### Proof of Service

I, Shndrane Pritchett  Protonotary for an American Equity Banc Court hereby verified that the following documents:

- For Profit Operating Agreement #20-08485-59
- Commencement of a Court of Equity Book #420T2 3340 | RE 152 134 875 US |
- CD Exhibit A 3 Volume Dossier on one Banks, Eddie-Alexander
- 2 Citations (BUC21232; BUC21233 and a summons 22929
- Invoice
- Private Bill

were sent to;

- Gary Huehnerhoff, dba Police Officer at 311 Cedar Street Suite B, Burlinton, Washington [98233]
- Office Holder, dba Clerk at 31 Cedar Street, Suit A Burlington, Washington [98233]

7019 1640 0001 9278 5637          7015 3010 0001 8473 2550

☐ US First-class ☐ US Certified Mail ☐ Registered Mail on the 19th day of  June       2020.

I declare under penalty of perjury under the laws of the United State of America that the above is true and correct.

By: _____

Protonotary/Chief Clerk
American Equity Banc Court of Record
c/o PO Box 231
Email: cd.logistics49@gmail.com
Phone: (941) 357-7802

Cc: Fax/Mail

Title 28 USC §§ 1739, 1651(b), 1733, 2071
Pub.Rec. #110651873; #2017000238901
Rules of Court #2017000231243
Authentication #2018000147358
11th Amendment -- The Judicial power of the the United States shall not be construed to extend to any suit in law of equity commenced by Citizens of another State, or by Citizens or prosecuted against one one of the United States by Citizens of another State, or bt Citizens or Subjects of any Foreign State.

Form POS-14



Act of State





Private American International Equity Banc Court of Record
PMB# 98233-0231    Book #420T1 3340

Foreign Jurisdiction Communication | RE 152 134 875 US |

Equitable Claim                                                                No._____

**Private Bill**

Notice of Special Appearance – For the purpose of Contract or Agreement.

By and through the power of pure equity in persona competent having original jurisdiction a de jure civil authority operating under his private international flag and court of equity seal.

**Be it Known all persons by these presents by operation of law** via, the United States Statutes at Large. Public Law No: 93-595 (01/02/1975) Establishes rules of evidence for United States courts.

Full Faith and Credit Mandate.

Comment: Offer of settlement & adjustment upon claim of unlawful detention of a man and a woman and photos taken without consent. Failure to settle shall incur Restitution for treaty violations sum of 20,000

Value Claimed: _2,500.00_

Done and Entered in camera at Burlington, Washington State. I hereby verify that the foregoing is true and correct under penalty of perjury.

Date: _May 21, 2020_                                      _Zander, Eddie Stefansh_
                                                                              Curator

State Employee making the claim:_____  Date:_____  Time:_____ am/pm

State your claim:_____

_____ (attach extra sheet if necessary)

my claim is against: _____ who is (check one) ☐ Man ☐ woman ☐ legal entity

Title/Office/Position:_____

Agency Email:_____

Phone Number:_____

Signature_____

By signing you affirm under penalty of perjury that you are operating in your
official lawful capacity under the title or position indicated.

**Return**

To:  Private American International Equity Banc Court of Record
      PMB# 98233-0231    Book #420T1 3340
      Burlington, Washington

Acknowledged and returned by (print name):_____

Returned on Date:_____

**Act of State**



**Chief Justice for an American Equity Court of Record**
**PMB# 98233-0231   Book #420T1 3340**
**Foreign Jurisdiction Communication**





10ᶜ

R                    USA

### Article IV - Court of Equity

Full Faith and Credit                    No. _20 - 01_

| INVOICE | | | | |
|---|---|---|---|---|
| **Description:** | | Citation issued ☐ Yes ☑ No | Did the employee identify his/her self: ☑ Yes ☐ No | |
| • Hourly Rate: | 2,500.00 | ☑ | | |
| • Daily Rate: | 25,000.00 | ☐ | | |
| • Weekly Rate: | 250,000.00 | ☐ | | |
| • Monthly Rate: | 2,500,000.00 | ☐ | | |
| • Yearly Rate: | 25,000,000.00 | ☐ | | |

**Comments:** Man acting as police unlawful detained a man and woman without consent or indication of a crime. Pictures were taking of travaler and his private property.

☐ Equity Calling ☑ Forced Hire Detention May 21, 2020  6: 23pm  Detention Duration (approximately): 20 minutes

| Has a default been issued: | Initial Mailing Number# | |
|---|---|---|
| ☐ Yes   ☑ No | | Terms: 5/15, net 30 |
| Is recipient a foreign principle: ☑ Yes   ☐ No | Oath of office is consideration for Invoice: ☑ Yes   ☐ No | |

I/We declare under penalty of the laws of law of equity, with clean hands that the forgoing is true and correct.
Done and Entered in camera at Burlington, Washington on this _23rd_ day of _May_ 2020.

:Eddie-Alexander: Banks

For: _Eddie Alexander Banks_

Chief Judge

Office of High Chancellor
Shundrane Pritchett

By: _Shundrane Pritchett_   Date: _5-28-2020_

Protonotary

| Payment Due Date | Account Number | Amount Due | Amount Paid |
|---|---|---|---|
| June 18, 2020 | 98233-0231 20235 | 2,500.00 | |

Amount Enclosed 2,500.00

**American International  Equity Banc Court of Record**
**Office of Chancellor**
**Equity Processing Division**
**PMB# 98233-0231   Book #420T1 3340**
**Foreign Jurisdiction Communication**

**City of Burlington**
**Police Department**
**311 Cedar Street Suit B**
**Burlington, Washington 98233**

**Act of State**



**Private American Banc Equity Court of Record**
**PMB# 98233-0231   Book #420T1 3340**
**Foreign Jurisdiction Communication**



No. 20-A02

### Document Chain of Custody
### Certificate
### Proof of Service

I, _Banks, Eddie Alexander_ Protonotary for an American Equity Banc Court hereby verified that the following documents:

- For Profit Operating Agreement #20-08485-59
- Commencement of a Court of Equity Book #420T2 3340 | RE 152 134 875 US |
- CD Exhibit A 3 Volume Dossier on one Banks, Eddie-Alexander
- 2 Citations (BUC21232; BUC21233 and a summons 22929
- Invoice
- Private Bill

were sent to;

- Gary Huehnerhoff, dba Police Officer at 311 Cedar Street Suite B, Burlinton, Washington [98233]
- Office Holder, dba Clerk at 31 Cedar Street, Suit A Burlington, Washington [98233]

☐ US First-class ☑US Certified Mail ☐ Registered Mail on the _19_ day of ___June___ 2020.
7015 3010 0001 8473 2550 and 7019 1640 0001 9278 5637
I declare under penalty of perjury under the laws of the United State of America that the above is true and correct.

By: _Banks; Eddie-Alexander_

Chief Judge
American Equity Banc Court of Record
c/o PO Box 231
Email: cd.logistics49@gmail.com
Phone: (941) 357-7802

Cc: Fax/Mail

Title 28 USC §§ 1739, 1651(b), 1733, 2071
Pub.Rec. #110651873; #2017000238901
Rules of Court #2017000231243
Authentication #2018000147358
11ᵗʰ Amendment – The Judicial power of the the United States shall not be construed to extend to any suit in law of equity commenced by Citizens of another State, or by Citizens or prosecuted against one one of the United States by Citizens of another State, or bt Citizens or Subjects of any Foreign State.

Form POS-14

**Act of State**





**American Private International Equity Banc Court of Record**
**PMB# 98233-0231    Book #420T1 3340**
═══════════════════════════════════════════════════

**Foreign Jurisdiction Communication**

**June 19, 2020**

**Cover Letter to Record**

There is a man moving in commerce acting and doing business as POLICE OFFICER. He would not identify himself in equal fashion as he demanded of me, a free and independent native American man on the land not subject to private corporate policy or other fictitious constructs. This person is believed to be Gary Huehnerhoff who unlawfully detained a man and women with the intent to extort MONEY. I have no business or agreement with this individual for goods or services. This individual has made a false claim that a crime was committed and attached an innocent third party. There was no injured party nor any damaged property. The summons and citations have been processed by a private Banker with the attachment of an invoice and terms. These are now returned for processing and closure. Failure or Refusal to process may lead to an audit or prosecution in equity.

Please find enclosed a CD (Dossier on one Banks; Eddie-Alexander) many document are settled in law pursuant to Title 28 USC §1739, 1733.

A Notice of Objection Form D-119 has been provided to ensure due process. Equity appears to correct that which the law has no remedy. Failure to complete the form and state your objection as to law and facts established shall estoppel any further action to proceed on the case now before us.

Equity suit is commenced.



Counterclaim

ORDER

Pay Invoice within 7 days

Equity Banc Court of Record

Banks, Eddie, Alexander
chief Judge

Office of High Chancellor

By: _____ 6-16-2020
Protonotary

COUNTER-SINGED for Authenticity and Settlement.
By the INDEMNIFIED Treasury · Bond of Indemnity.
#ICS  73 063266
Posted, Signed, Sealed a-                168 June 2020
By the Over Standing will of. Banks, Eddie, Alexander
American PEN Counter-Banc-Cashier/Comptroller

10¢

PRIVATE POSTAL ACT
USA
ZIP EXEMPT