**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

October 20, 2020

**BANKS V. EASTERLY ET AL**
Case # 2:20–cv–01527–RSM

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Additional Notes:** Summons(es) as submitted do not comply with LCR 4 and FRCP 4 and cannot be issued. The court strongly suggests you use the fillable summons form found on the court's website at www.wawd.uscourts.gov/court–forms or complete the summons form enclosed.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file