UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDDIE-ALEXANDER BANKS,<br><br>                Plaintiff,<br><br>   v.<br><br>AARON EASTERLY, et al.,<br><br>                Defendants . | CASE NO. C20-1527-RSM<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Mary Alice Theiler, United States Magistrate Judge:

In response to the deficiency order issued by the Clerk (Dkt. 2), plaintiff filed another deficient *in forma pauperis* (IFP) application (Dkt. 5).  Plaintiff is ORDERED to file a completed IFP application on the form provided by the Court within **thirty (30) days** of the date of this Order. Failure to comply with this directive will result in a recommendation to deny the request to proceed IFP.  The Clerk is directed to provide plaintiff with a blank copy of this Court's standard IFP application form.

DATED this 3rd day of November, 2020.

WILLIAM M. MCCOOL, Clerk

By:  s/ Paula McNabb
       Deputy Clerk

MINUTE ORDER
PAGE - 1