UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDDIE-ALEXANDER BANKS,

                 Plaintiff,

     v.

AARON EASTERLY, et al.,

                 Defendants.

CASE NO. C20-1527-RSM

REPORT AND RECOMMENDATION

Plaintiff filed a proposed order to proceed without prepaying fees or costs in this civil matter. (Dkt. 1.) Because he did not submit a proper application to proceed *in forma pauperis* (IFP), the Court sent a deficiency letter directing plaintiff to complete and submit the proper form. (Dkt. 2.) Plaintiff filed another deficient request to proceed IFP in response to the Court's deficiency letter. (Dkt. 5.)

On November 3, 2020, the Court ordered plaintiff to file a completed IFP application on the form provided by the Court within thirty days of the Court's Order. (Dkt. 6.) The Court advised plaintiff a failure to comply with this directive would result in a recommendation to deny the request to proceed IFP. On November 5, 2020, plaintiff submitted additional documents to the Court, but did not submit a completed IFP application or otherwise provide the information

REPORT AND RECOMMENDATION
PAGE - 1

necessary for consideration of his request to proceed IFP.  (Dkt. 7.)

The Court, accordingly, now recommends plaintiff's request to proceed IFP (Dkts. 1 & 5) be DENIED.  This action should proceed only if plaintiff pays the $402 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation.  If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

## DEADLINE FOR OBJECTIONS

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14) days** after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **January 8, 2021**.

DATED this 14th day of December, 2020.

Mary Alice Theiler  
United States Magistrate Judge

REPORT AND RECOMMENDATION  
PAGE - 2