UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDDIE-ALEXANDER BANKS,<br><br>                         Plaintiff,<br><br>   v.<br><br>AARON EASTERLY, et al.,<br><br>                         Defendants. | CASE NO. C20-1527-RSM<br><br>ORDER DENYING IN FORMA PAUPERIS REQUEST |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's IFP application is DENIED;

    (3)    Plaintiff must pay the filing fee of $402.00.  If the filing fee is not paid within **thirty (30) days** of the date of this Order, this case shall be DISMISSED; and

    (4)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 14th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE